UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH FINDLER IV,

    Plaintiff,

Case No. 19-cv-11498
Hon. Matthew F. Leitman

v.

CHRISTOPHER WRAY, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the Defendants and against Plaintiff.

                        DAVID J. WEAVER
                        CLERK OF COURT


                By:    s/Holly A. Monda
                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 20, 2019
Flint, Michigan